**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6080**

CARNELL DION MCELROY, SR.,

　　　　Plaintiff - Appellant,

　　v.

HAROLD CLARKE, Director of D.O.C.; GREGORY L. HOLLOWAY; WARDEN KAISER; I.M.P. BAKER; I.M.P. SYKES; C. CAUTHORNE,

　　　　Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:21-cv-00091-JPJ-PMS)

Submitted:  August 12, 2022                    Decided:  September 8, 2022

Before WYNN and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carnell Dion McElroy, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carnell Dion McElroy, Sr., appeals the district court's order and judgment granting the Defendants' Fed. R. Civ. P. 12(b)(6) motion for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm. *See McElroy v. Clarke*, No. 7:21-cv-00091-JPJ-PMS (W.D. Va. Jan. 3, 2022). We deny the motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*